

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00230-CV

Darien **LOWERY**,
Appellant

v.

Ilene Bruce **LOWERY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00288
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against Appellant Darien Lowery.

SIGNED June 5, 2019.

_____
Liza A. Rodriguez, Justice